EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2011 TSPR 24 |
|---|---|
| Irma Cuebas Chardon | 180 DPR ____ |

Número del Caso: TS 7726

Fecha: 4 de febrero de 2011

Abogado de la Parte Peticionaria:

             Por derecho propio


Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Irma Cuebas Chardón

TS-7726

RESOLUCIÓN

En San Juan, Puerto Rico, a 4 de febrero de 2011.

Examinada la moción solicitando reinstalación a la práctica de la abogacía por la Sra. Irma Cuebas Chardón y el escrito en cumplimiento de orden presentado por la Procuradora General, se autoriza la reinstalación de la peticionaria al ejercicio de la abogacía.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo